IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT,
IN AND FOR DESOTO COUNTY, FLORIDA

1944 WOODCUT DRIVE LAND TRUST,
By: ABPAYMAR, LLC, as Trustee,

    Plaintiff,

                                        Case No.  20-CA-461

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for the
Certificateholders of CWABS, Inc., Asset-Backed
Certificates, Series 2007-2,

    Defendant.

_____/

## MOTION FOR CLERK'S DEFAULT

    Plaintiff, 1944 Woodcut Drive Land Trust, By Abpaymar, LLC, as Trustee, by and through

its undersigned counsel, moves this Court for a default in its favor and against Defendant, The

Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of

CWABS, Inc., Asset-Backed Certificates, Series 2007-2, and would show:

    1.      On November 10, 2020, Defendant was personally served with the Summons and

Complaint.  An Affidavit of Service so reflecting is contained in the court file.

    2.      On November 30, 2020, Defendant's deadline to respond to the Complaint came

and went, yet Defendant failed to file/serve any paper or otherwise respond.

    3.      The Clerk of this Court should enter a default against Defendant.

    WHEREFORE Plaintiff respectfully requests relief in accordance with the foregoing.

                          */s/ MLL*_____
                          MEGAN LAZENBY, Esquire
                          Lazenby Law, LLC

## DEFAULT

A default is hereby entered against Defendant, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2, as to all relief sought in the Complaint, for failure to serve any paper as required by law.

_____
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail to Defendant, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2, 240 Greenwich St., New York, NY 10286 and CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324 on this 1st day of December, 2020.

Respectfully submitted,

*/s/ MLL*_____
MEGAN LAZENBY, Esquire
Lazenby Law, LLC
4927 Southfork Drive
Lakeland, FL 33813
Telephone: 863.698.6844
Florida Bar No. 0014285
Lazenbylaw@gmail.com